# STATE OF LOUISIANA

# COURT OF APPEAL, FIRST CIRCUIT

STATE OF LOUISIANA

VERSUS

RONALD RANDALL

NO. 2025 KW 0764

**NOVEMBER 3, 2025**

---

In Re:    State of Louisiana, applying for supervisory writs, 19th
          Judicial District Court, Parish of East Baton Rouge,
          Nos. DC-22-05058, DC-23-01053.

---

**BEFORE:   LANIER, WOLFE, AND HESTER, JJ.**

**WRIT DENIED.**

WIL
EW
CHH

COURT OF APPEAL, FIRST CIRCUIT

DEPUTY CLERK OF COURT
   FOR THE COURT